IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01602-MSK-MEH

UNITED STATES OF AMERICA for the general use of
DRAKE GENERAL CONTRACTORS, INC., a Colorado corporation,

       Plaintiff,

v.

ACTIVE PLUMBING & HEATING, INC., a Colorado corporation,
WESTERN SURETY COMPANY, a South Dakota corporation, and
EVERGREEN NATIONAL INDEMNITY COMPANY, an Ohio corporation,

       Defendants.
_____

## ORDER
_____

       THIS MATTER comes before the Court upon the filing of a Stipulation [#24] on April 14, 2008. Having reviewed the Stipulation, the Court

       **FINDS** that the parties have reached a settlement.

       **IT IS THEREFORE ORDERED** that this case is closed, subject to reopening for good cause. The Clerk shall close this case.

       DATED this 15th day of April, 2008.

                                     BY THE COURT:

                                     Marcia S. Krieger
                                     United States District Judge