IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01602-MSK-MEH

UNITED STATES OF AMERICA for the general use of
DRAKE GENERAL CONTRACTORS, INC., a Colorado corporation,

        Plaintiff,

v.

ACTIVE PLUMBING & HEATING, INC., a Colorado corporation,
WESTERN SURETY COMPANY, a South Dakota corporation, and
EVERGREEN NATIONAL INDEMNITY COMPANY, an Ohio corporation,

        Defendants.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

        THIS MATTER comes before the Court on the Stipulated Motion to Reopen Case and for Entry of Order to Dismiss With Prejudice (Motion) **(#26)** filed August 25, 2008. Having reviewed the Motion,

        IT IS ORDERED that the Motion is GRANTED. The Clerk is hereby directed to reopen this matter in order to enter an Order of Dismissal with Prejudice. Each party shall bear its own costs and attorneys' fees in connection with this action.

        DATED this 29th day of August, 2008.

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge